James D. Pacitti, Esq. (SBN: 248696)
15223 Burbank Boulevard
Los Angeles, CA 91411
Tel: 800.590.6905
Fax: 866.684.6734
jpacitti@pacittilaw.com
Attorney for Plaintiff,
SHIVANANDA MIZAR

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHIVANANDA MIZAR, <br><br> Plaintiff, <br> v. <br><br> STELLAR RECOVERY, INC., <br><br> Defendant. | Case No.: CV11-08993 SVW (JCx) <br><br> VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |

SHIVANANDA MIZAR (Plaintiff), by and through his undersigned attorney, alleges the following against STELLAR RECOVERY, INC., (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Count II of Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant is a Florida corporation with its principal place of business in Kalispell, Montana that conducts business throughout the United States and in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Santa Clarita, Los Angeles County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and sought to collect a consumer debt from Plaintiff.

9. Defendant is a Florida corporation with its headquarters in Kalispell, Montana.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Beginning on or about September 21, 2011, Defendant has constantly and continuously placed collection calls to Plaintiff regarding an alleged consumer debt regarding a T-Mobile cellular phone account, calling Plaintiff multiple times per day on a virtual daily basis for a period of at least one month. Defendant has called Plaintiff at least 93 times from September 21, 2011 through October 17, 2011.

12. Defendant called Plaintiff at 510-468-9687 from multiple numbers including but not limited to 857-453-4803 and 510-342-3927.

13. Defendant has called Plaintiff as much as ten times in a single day and has called Plaintiff in rapid succession, calling multiple times within a single minute on multiple occasions.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

14. Defendant has called Plaintiff after 9:00 p.m., local time for the Plaintiff, on at least three occasions and prior to 8:00 a.m. on one occasion.

15. On October 3, 2011, Plaintiff spoke to one of Defendant's representatives for the first time. During this conversation, the Plaintiff was threatened with immediate legal action if he did not pay the alleged debt. Since that time, Plaintiff has had a total of six conversations with Defendant's representatives. During each conversation, the Plaintiff was threatened with legal action if he did not pay the alleged debt. The threats of legal action included the filing of a lawsuit against Plaintiff and wage garnishment and a lien against his home.

16. Plaintiff has repeatedly requested that the Defendant send written documentation of the debt. However, to date the Defendant has failed to send anything in writing to the Plaintiff.

17. Plaintiff has demanded Defendant cease and desist all communications until verification of the debt is provided in writing. Despite this demand, Defendant has continued to call Plaintiff multiples times per day.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 17 as if set forth fully herein.

19. Defendant violated the following provisions of the FDCPA:

   a. Defendant violated §1692c(a)(1) of the FDCPA by calling Plaintiff prior to 8:00 a.m. and after 9:00 p.m., local time for the Plaintiff;

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt;

   c. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring

repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

d. Defendant violated §1692e(4) of the FDCPA by threatening to garnish Plaintiff's wages when Defendant did not intend to take such action;

e. Defendant violated §1692e(4) of the FDCPA by threatening to place a lien on Plaintiff's property when Defendant did not intend to take such action;

f. Defendant violated §1692e(5) of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant did not intend to do so and/or could not legally do so;

g. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff and threatening to garnish his wages and lien his property even though Defendant does not intend to do so and/or cannot legally do so; and

h. Defendant violated §1692g(a)(1-5) by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies verification of the debt or a copy of a judgment against the consumer and a the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor

WHEREFORE, SHIVANANDA MIZAR, respectfully requests judgment be entered against Defendant, STELLAR RECOVERY, INC., for the following:

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 22 as if set forth fully herein.

24. Defendant violated the following provisions of the RFDCPA:

   a. Defendant violated §1788.11(d) of the RFDCPA by placing collection calls to Plaintiff repeatedly and continuously so as to annoy Plaintiff;

   b. Defendant violated §1788.11(e) of the RFDCPA by placing collection calls to Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances; and

   c. Defendant violated §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 et seq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SHIVANANDA MIZAR, demands a jury trial in this case.

///

///

///

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

RESPECTFULLY SUBMITTED,

DATED: October 17, 2011    By: _____
James D. Pacitti
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SHIVANANDA MIZAR, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, SHIVANANDA MIZAR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 14 OCT 2011

SHIVANANDA MIZAR

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| Shivananda Mizar | ) | **CV11-08993** SVW (JCx) |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Stellar Recovery, Inc. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stellar Recovery, Inc.
c/o Agent for Service of Process
Business Filings Incorporated
1232 Q Street, 1st Floor
Sacramento, California 95811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James D. Pacitti, Esq.
15233 Burbank Boulevard
Los Angeles, CA 91411

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**OCT 3 1 2011**

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*